IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DWAYNE BENNETT,                    )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    1:24-cv-216
                                   )
JIMMY DORMAN, Harnett County       )
Correctional Captain, and          )
S.J LETILI,                        )
                                   )
          Defendants.              )
```

### ORDER

On October 15, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 6, 7.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 6), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's federal law claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief may be granted **WITHOUT PREJUDICE** to Plaintiff filing a new complaint if he believes he can properly state a claim for

relief. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 20th day of January, 2026.

                                                 /s/ William L. Osteen, Jr.
                                                  United States District Judge